# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| DUANE C. TIPTON, | ) | Case No.: 3:04-cv-296-RLH-VPC |
| Petitioner, | ) | **O R D E R** |
| vs. | ) | (Motion to Dismiss–#31) |
| CRAIG FARWELL, *et al.*, | ) | |
| Respondents. | ) | |

Before the Court is Petitioner's **Motion to Withdraw Criminal Case** (#31), filed November 9, 2007.

Petitioner's Motion is just longer than one page.  Petitioner clearly manifests his desire to withdraw his Petition from consideration.  Petitioner also declares his understanding of the ramifications of this action: "Petitioner hereby understands by pulling his case that he will not be able to come back to Court wants [sic] he withdraws."  (Dkt. #31, Mot. 1.)

////

////

////

////

AO 72
(Rev. 8/82)

1    Accordingly, and for good cause appearing,

2    IT IS HEREBY ORDERED that Petitioner's Motion to Withdraw Criminal Case

3    (#31) is GRANTED and the Petition is dismissed with prejudice.

4    IT IS FURTHER ORDERED that the Clerk shall CLOSE the case.

5    Dated:  February 13, 2008.

6

7    _____

8    **ROGER L. HUNT**
     **Chief United States District Judge**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26